# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HJ3 INFRASTRUCTURE GROUP LLC OF ARIZONA, a foreign limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>OKLAHOMA GAS AND ELECTRIC COMPANY, an Oklahoma corporation,<br><br>Defendant. | Case No. CIV-26-00168-JD |

## ORDER

On February 2, 2026, the Court issued an Order requiring Defendant Oklahoma Gas and Electric Company to file an amended notice of removal within seven days establishing proper grounds for removal. [Doc. No. 6 at 1]. The Court stated that "[t]he Notice of Removal does not, on its face, offer any reason why the local-defendant rule does not apply in this case." [*Id.* at 2]. The Court advised Defendant that failure to file an amended notice of removal within the deadline would result in remand. [*Id.* at 1]. Defendant has not filed an amended notice of removal.

Pursuant to 28 U.S.C. § 1441(b)(2), the Court finds that it lacks removal jurisdiction. Accordingly, the Court REMANDS the action under 28 U.S.C. § 1447(c) to the District Court of Noble County, State of Oklahoma, for further proceedings. Each side shall bear its own attorney's fees, costs, and expenses related to the removal and remand.

IT IS SO ORDERED this 10th day of February 2026.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE